IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 5:14-CR- 2 - MTT |
| : | |
| : | VIOLATION: |
| SELETHA DOSTON : | 18 U.S.C. § 510(b)–Exchanging a Treasury |
| : | Check with a Forged Endorsement |

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH SIX
[18 U.S.C. § 510(b)–Exchanging a Treasury Check with a Forged Endorsement]

That on or about the dates alleged below, in the Macon Division of the Middle District of Georgia, the defendant,

SELETHA DOSTON,

did, with knowledge that a Treasury check of the United States did bear a falsely made and forged endorsement, exchange such Treasury check, in that defendant cashed the Treasury checks described below, knowing that they did bear falsely made and forged endorsements, the cashing of each of the below described checks being a separate count of this indictment and being more particularly described as follows according to the date of cashing, the Treasury check number, and the amount of the check:

| Count | Date of Cashing | Check Number | Amount of Check |
|---|---|---|---|
| 1 | 07-06-12 | 3158 35994480 | $9,999.05 |
| 2 | 07-03-12 | 3158 35994473 | $9,997.04 |

| 3 | 07-25-12 | 3158 35464584 | $8,229.67 |
| 4 | 07-26-12 | 3158 34696396 | $5,957.00 |
| 5 | 05-31-12 | 3158 31511237 | $9,554.00 |
| 6 | 05-09-12 | 3158 30547080 | $8,112.00 |

All in violation of Title 18, United States Code, Section 510(b).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


_____
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this 14th day of January, AD 2014.


_____
Deputy Clerk